**I**

Nat HOFF v. STATE. (No. 11046.) Court of Criminal Appeals of Texas. Oct. 26, 1927. Commissioners' Decision. Appeal from District Court, Archer County; E. G. Thornton, Judge. O. M. Wylie, of Archer City, for appellant. A A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, violation of certain provisions of article 666, P. C.; punishment, one year in the penitentiary. No bills of exception appear in the record, and the only question presented for review by the record is the sufficiency of the evidence. We have reviewed this, and, finding it sufficient, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**2**

Laura HOLLY v. STATE. (No. 11341.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Commissioners' Decision. Appeal from District Court, Crosby County; Homer L. Pharr, Judge. N. C. Outlaw, of Ralls, for appellant. Sam. D. Stinson, State's Atty., of Austin, for the State.

MARTIN, J. Appellant was indicted and convicted of the offense of the unlawful possession for sale of a potable mixture containing in excess of 1 per cent. of alcohol by volume. No statement of facts or bills of exception appear in the record. The indictment appears to properly charge the offense, and, the court's instruction to the jury being responsive to the indictment, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**3**

Joe JEZEK v. STATE. (No. 11074.) Court of Criminal Appeals of Texas. June 22, 1927. Rehearing Denied Oct. 19, 1927. Appeal from District Court, Bell County; Lewis H. Jones, Judge. DeWitt Bowmer, of Temple, for appellant. Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punish-

ment, one year in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court. No error appearing, the judgment is affirmed.

---

**4**

Bob JOHNSON v. STATE. (No. 11232.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Wichita County; E. G. Thornton, Judge. Temple H. Shell, of Wichita Falls, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary. This record is before us without any statement of facts or bills of exception. The indictment in all things sufficiently charges the offense, and the charge of the court conforms to the law. No error appearing, the judgment is affirmed.

---

**5**

Harry KING v. STATE. (No. 11259.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Haskell County; Bruce W. Bryant, Judge. Clyde Grissom, of Haskell, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for unlawfully driving an automobile upon a public road while under the influence of liquor; punishment fixed at confinement in the penitentiary for a period of 6 months. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out. The judgment is affirmed.

---

**6**

R. H. LONG v. STATE. (No. 11121.) Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Wilbarger County; Robert Cole, Judge. Warlick & Poteet, of Vernon, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for forgery; punishment fixed at confinement in the penitentiary for a period of 4 years. The indictment appears regular. The record is before us without statement of facts or bills of exceptions. No fundamental error has been perceived or pointed out. The judgment is affirmed.